UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:18-cv-62953-UU

AMANDA SAVAGE,

    Plaintiff,

v.

GEICO GENERAL INSURANCE CO.,

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice (the "Notice"). D.E. 5. The Court has considered the Notice, pertinent portions of the record and is otherwise fully advised in the premises.

On December 7, 2018, Plaintiff filed the Notice, informing the Court that Plaintiff voluntarily withdraws all claims against Defendant without prejudice. D.E. 5.  Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _7th_ day of December, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf